## Notice Recipients

District/Off: 0974–3        User: Admin.        Date Created: 6/30/2017
Case: 16–90186–LT           Form ID: pdfO1      Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Vincent Renda        vr@rendalawoffices.com

TOTAL: 1